UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                     CHAPTER 13 PROCEEDING:
ALEJANDRO DEL BOSQUE JR & MARINA DEL BOSQUE      05-70488-M-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, May 6, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

    ALEM MUEBLERIA
    715 N GLASSCOCK STE 7
    MISSION, TX  78572

5. As a result, funds owed to the creditor in the amount of $560.14 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 13, 2010

                                                                           Cindy Boudloche
                                                                           Chapter 13 Trustee
                                                                           555 N. Carancahua  Ste 600
                                                                           Corpus Christi, TX  78401-0823
                                                                           (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                        CHAPTER 13 PROCEEDING:
ALEJANDRO DEL BOSQUE JR & MARINA DEL BOSQUE           05-70488-M-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on May 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*(signed)* Cindy Boudloche

Cindy Boudloche, Chapter 13 Trustee

ALEJANDRO DEL BOSQUE JR AND MARINA DEL BOSQUE
4104 YUCCA AVE
MCALLEN, , TX  78504

THE STONE LAW FIRM PC (M)
4900 N 10TH ST  STE A-2
NORTHTOWNE CENTRE
MCALLEN, TX  78504

ALEM MUEBLERIA
715 N GLASSCOCK STE 7
MISSION, TX  78572